January 18, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

LYNDON MAYBERRY, Appellant

NO. 14-16-00523-CV                    V.

KINDER MORGAN CRUDE & CONDENSATE, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Kinder Morgan Crude & Condensate, LLC, signed June 13, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Lyndon Mayberry, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.